JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA VIGIL, | Case No. CV 15-9182 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COLOPLAST CORPORATION, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge